UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| MILLICENT YVONNE BLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1-14-00087 |
| v. ) | Senior Judge Haynes |
| ) | |
| MT. PLEASANT TENNESSEE POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 63) to grant Defendants' motion for judgment on the pleadings (Docket Entry No. 31), to dismiss Plaintiff's federal claims with prejudice and Plaintiff's state law claims without prejudice, and to deny all other pending motions as moot. Plaintiff filed an objection (Docket Entry No. 63).

After de novo review of the filings, the Report and Recommendation is **ADOPTED,** and Defendants' motion for judgment on the pleadings (Docket Entry No. 31) is **GRANTED.**

This is the Final Order in this action.

It is so **ORDERED.**

ENTERED this the 25th day of July, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge